```
RANDY S. GROSSMAN
United States Attorney
MATTHEW J. SUTTON
Assistant U.S. Attorney
California State Bar No. 6307129
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone:(619)546-8941
E-mail: Matthew.Sutton@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20cr3515-GPC |
|---|---|
| Plaintiff, | BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| v. | |
| JESUS BURGOS ARIAS (2), | |
| Defendant. | |

Plaintiff, the United States of America, by and through its counsel, Randy S. Grossman, United States Attorney, and Michael Sutton, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

This Indictment seeks forfeiture of property pursuant to violations of 21 U.S.C. §§ 952, 960, and 963, as alleged in Counts 1-3 of the Superseding Indictment, which violations are punishable by imprisonment of more than one year, the United States hereby gives notice that, in addition to the property already listed in the forfeiture allegation, the United States is seeking forfeiture of the following additional property pursuant to 21 U.S.C. § 853(a) and 18 U.S.C § 982 (a)(1):

1. .50 Caliber Magazines;
2. $95.55 in U.S. Currency; and
3. $274.55 in U.S. Currency.

This property is currently being held in the Southern District of California.

DATED: December 20, 2022.

          RANDY S. GROSSMAN
          United States Attorney

          s/*Matthew J. Sutton*
          MATTHEW J. SUTTON
          Assistant United States Attorney